APPEAL,CLOSED,JLrecused

## U.S. District Court
## District of New Hampshire (Concord)
## CIVIL DOCKET FOR CASE #: 1:22−cv−00264−SE

Anderson et al v. Donovan et al  
Assigned to: Judge Samantha D. Elliott  
Cause: 28:1983 Civil Rights  

Date Filed: 07/19/2022  
Date Terminated: 08/02/2023  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Natalie Anderson**   represented by   **Natalie Anderson**  
679 Washington St, Ste # 8−206  
Attleboro, MA 02703  
617 710−7093  
PRO SE  

**Plaintiff**

**Andre C. Bisasor**   represented by   **Andre C. Bisasor**  
679 Washington Street  
Suite # 8−206  
Attleboro, MA 02703  
781 492−5675  
Email: quickquantum@aol.com  
PRO SE  

V.

**Defendant**

**Patrick Donovan**

**Defendant**

**NH Supreme Court**

**Defendant**

**NH Rules Advisory Committee**

**Defendant**

**NH Professional Conduct Committee**

**Defendant**

**Lorrie Platt**

**Intervenor**

**Craig S Donais**   represented by   **Russell F. Hilliard**  
Upton & Hatfield LLP

159 Middle St
Portsmouth, NH 03801
603 436–7046
Email: rhilliard@upton–hatfield.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2022 | 1 | COMPLAINT against Patrick Donovan, NH Professional Conduct Committee, NH Rules Advisory Committee, NH Supreme Court, Lorrie Platt with Jury Demand (Filing fee $ 402 receipt number 14649021492) filed by Natalie Anderson, Andre Bisasor.(mc) (Entered: 07/20/2022) |
| 07/19/2022 | | Case assigned to Judge Joseph N. Laplante. The case designation is: 1:22–cv–264–JL. Please show this number with the judge designation on all future pleadings. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | 2 | **ORDER OF RECUSAL. Judge Joseph N. Laplante recused. So Ordered by Judge Joseph N. Laplante.(jb)** (Entered: 07/20/2022) |
| 07/20/2022 | 3 | MOTION for Immediate Injunctive Relief and Preliminary Injunction, filed by Natalie Anderson, Andre Bisasor.(mc) (Entered: 07/20/2022) |
| 07/20/2022 | 4 | SUPPLEMENT TO MOTION FOR INJUNCTIVE RELIEF/ TRO filed by Natalie Anderson, Andre Bisasor.(mc) (Entered: 07/20/2022) |
| 07/20/2022 | | Case reassigned to Judge Samantha D. Elliott. The new case designation is: 1:22–cv–264–SE. Please show this number with the correct judge designation on all further pleadings. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | 5 | MOTION to Participate in Electronic Filing, filed by Natalie Anderson, Andre Bisasor.(vln) (Entered: 07/20/2022) |
| 07/21/2022 | 6 | **ORDER denying 3 Motion for Immediate Injunctive Relief to the extent it requests a temporary restraining order. The court will rule on the portion of the motion that requests a preliminary injunction after the defendants have had an opportunity to respond. So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 07/21/2022) |
| 07/27/2022 | | **ENDORSED ORDER denying 5 Motion for to Participate in Electronic Filing.** *Text of Order: Denied. The motion is signed by only plaintiff Bisasor, not plaintiff Anderson. Under Local Rule 83.6(b), a pro se party must represent himself or herself and "may not authorize another person who is not a member of the bar of this court to appear on his or her behalf. That includes a spouse or relative and any other party on the same side who is not represented by an attorney."* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 07/27/2022) |
| 11/10/2022 | | **ENDORSED ORDER :** |

| | | |
|---|---|---|
| | | *Text of Order: On or before December 9, 2022, the plaintiffs shall show cause why the court should not conclude that they have abandoned their claims against the defendants. If they fail to file a status report, the court will dismiss their claims without prejudice for lack of prosecution pursuant to Rule 41(b).* So Ordered by Judge Samantha D. Elliott.(vln) (Entered: 11/14/2022) |
| 12/09/2022 | 7 | STATUS REPORT by Natalie Anderson, Andre Bisasor (vln) (Entered: 12/12/2022) |
| 12/09/2022 | 8 | MOTION to Participate in Electronic Filing filed by Natalie Anderson, Andre Bisasor.(vln) (Entered: 12/12/2022) |
| 12/12/2022 | | **ENDORSED ORDER granting 8 Motion for to Participate in Electronic Filing.** *Text of Order: Granted.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 12/12/2022) |
| 12/12/2022 | | **ENDORSED ORDER re 7 Status Report.** *Text of Order: As requested in the plaintiffs' filing, they may file an amended complaint on or before January 11, 2023.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 12/12/2022) |
| 01/09/2023 | 9 | MOTION to Extend Time filed by Natalie Anderson, Andre Bisasor.Follow up on Objection on 1/23/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(vln) (Entered: 01/10/2023) |
| 01/11/2023 | | **ENDORSED ORDER granting 9 Motion to Extend Time to Amend Complaint.** *Text of Order: : Granted. As requested the plaintiffs may file an amended complaint on or before April 1, 2023.* **So Ordered by Judge Samantha D. Elliott. (vln)** (Entered: 01/11/2023) |
| 03/31/2023 | 10 | Emergency MOTION to Extend Time to File Amended Complaint filed by Natalie Anderson.Follow up on Objection on 4/14/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/31/2023) |
| 04/03/2023 | | **ENDORSED ORDER granting 10 Emergency MOTION to Extend Time to File Amended Complaint filed.** *Text of Order: Granted. No further extensions should be expected.* **So Ordered by US Magistrate Judge Andrea K Johnstone. (vln)** (Entered: 04/03/2023) |
| 05/12/2023 | 11 | MOTION to Extend Time to File Amended Complaint filed by Natalie Anderson.Follow up on Objection on 5/26/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/12/2023) |
| 06/09/2023 | | **ENDORSED ORDER granting 11 Motion to Extend Time Amended Complaint.** *Text of Order: Based on the representations of the plaintiff that there shall be no further requests for an extension of time the motion is granted.* **So Ordered by Magistrate Judge Andrea K. Johnstone. (vln)** (Entered: 06/09/2023) |
| 08/02/2023 | 12 | **ORDER DISMISSING CASE** *(Case Closed).* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 08/03/2023) |
| 08/17/2023 | 13 | Emergency MOTION to Extend Time to September 5, 2023 *EXPEDITED/EMERGENCY MOTION FOR CLARIFICATION ON PROCEDURE* |

| | | |
|---|---|---|
| | | FOR SEEKING VACATUR OR RECONSIDERATION OF DISMISSAL AND IN THE ALTERNATIVE MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RECONSIDER DISMISSAL filed by Natalie Anderson.Follow up on Objection on 8/31/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 08/17/2023) |
| 08/18/2023 | | **ENDORSED ORDER granting 13 Motion to Extend Time to September 5, 2023.** *Text of Order: Granted to the extent that the plaintiff seeks an extension of time to file a motion for reconsideration until September 5, 2023, and denied to the extent that she seeks legal advice from the court.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 08/18/2023) |
| 09/01/2023 | 14 | Emergency MOTION to Extend Time to 9/20/23 *EXPEDITED/EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL [IF NECESSARY]* filed by Natalie Anderson.Follow up on Objection on 9/15/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 09/01/2023) |
| 09/01/2023 | | **ENDORSED ORDER granting 14 Motion to Extend Time.** *Text of Order: Granted. If the plaintiff files a motion for reconsideration on or before September 5, 2023, any notice of appeal must be filed within 30 days after the court decides the motion for reconsideration. If the plaintiff does not file a motion for reconsideration on or before September 5, 2023, the deadline to file a notice of appeal remains September 5, 2023.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 09/01/2023) |
| 09/05/2023 | 15 | MOTION for Reconsideration *MOTION FOR RECONSIDERATION OF THE COURTS 8-3-23 DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE AND INCORPORATED MEMORANDUM WITH AFFIDAVIT* filed by Andre C. Bisasor.Follow up on Objection on 9/19/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 09/05/2023) |
| 09/07/2023 | 16 | NOTICE of Notice of Errata *NOTICE OF ERRATA FOR MOTION FOR RECONSIDERATION OF THE COURTS 8-3-23 DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE AND INCORPORATED MEMORANDUM WITH AFFIDAVIT* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 09/07/2023) |
| 09/13/2023 | 17 | NOTICE of Notice of Appeal of the District Court of New Hampshire Final Judgment *and Order of Dismissal on 8-3-23* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 09/13/2023) |
| 09/13/2023 | | **NOTICE of ECF Filing Error re: 17 Notice (Other) filed by Andre C. Bisasor.** Filer used wrong event. Filer shall refile using the *Appeal Documents / Notice of Appeal* event and enter in docket text: *Replaces document no. 7.* If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-226-7733. Compliance Deadline set for 9/20/2023. (vln) (Entered: 09/13/2023) |
| 09/13/2023 | 18 | |

| | | |
|---|---|---|
| | | MOTION to Intervene as Other filed by Craig S Donais. Attorney Russell F. Hilliard added to party Craig S Donais(pty:intv).Follow up on Objection on 9/27/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 – Objection to Motion for Reconsider Dismissal, # 2 Exhibit 2 – 1st Order on Mo to Intervene, # 3 Exhibit 3 – 2d Order on Mo to Intervene)(Hilliard, Russell) (Entered: 09/13/2023) |
| 09/13/2023 | 19 | NOTICE OF APPEAL as to 12 Order Dismissing Case by Natalie Anderson, Andre C. Bisasor. Filing fee $ 505, receipt number 940. File–stamped copy to be sent to parties/USCA by Clerks Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf**(vln) (Entered: 09/14/2023) |
| 09/14/2023 | 20 | Appeal Cover Sheet as to 19 Notice of Appeal, filed by Natalie Anderson, Andre C. Bisasor (vln) (Entered: 09/14/2023) |
| 09/14/2023 | 21 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 12, 19–21, re 19 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(vln) (Entered: 09/14/2023) |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Natalie Anderson, et al

   v.

                                    Case No. 22-cv-264-SE

Patrick Donovan, et al


ORDER OF DISMISSAL

In accordance with the provisions of Federal Rule of Civil Procedure 41(b), this case is dismissed with prejudice for plaintiffs' failure to comply with the court's orders and failure to prosecute.

SO ORDERED.

                                               _____
                                               Samantha D. Elliott
                                               United States District Judge

Date: August 2, 2023

cc:   Natalie Anderson, pro se
       Andre C. Bisasor, pro se

UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
CASE #: 1:22-cv-00264-SE

NATALIE ANDERSON and ANDRE BISAROR, Plaintiffs

V.

PATRICK DONOVAN et. al., Defendants

# NOTICE OF APPEAL TO THE FIRST CIRCUIT
# OF THE DISTRICT COURT OF NEW HAMPSHIRE'S 8-3-23 FINAL JUDGMENT/ORDER OF DISMISSAL

Notice of Appeal to the United States Court of Appeals for the First Circuit

1. The plaintiffs, Natalie Anderson and Andre Bisasor, appeals to the United States Court of Appeals for the First Circuit from the final judgment of the district court for the district of New Hampshire, entered in this case on 8/3/23.
2. The plaintiffs provide this notice of appeal as follows.
3. On 8/2/23 the district court, sua sponte, dismissed this case for failure to prosecute, as follows.

    "08/02/2023  12 ORDER DISMISSING CASE (Case Closed). So Ordered by Judge Samantha D. Elliott.(vln) (Entered: 08/03/2023)"

4. See **Exhibit 1** for district court order being appealed.
5. On 8/3/23 the district court clerk entered the order on the docket.
6. On 8/17/23, the plaintiffs requested an extension of time to file a motion to reconsider until 9/5/23.
7. On 8/17/23, the court granted the extension of time to file a motion to reconsider until 9/5/23.
8. On 9/1/23, the plaintiffs filed an Emergency MOTION to Extend Time to 9/20/23 EXPEDITED/EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL [IF NECESSARY]
9. On 9/1/23, the district court granted the motion as follows: "ENDORSED ORDER granting 14 Motion to Extend Time. Text of Order: Granted. If the plaintiff files a motion for reconsideration on or before September 5, 2023, any notice of appeal must be filed within 30 days after the court decides the motion for reconsideration. If the plaintiff does not file a motion for reconsideration on or before September 5, 2023, the deadline to file a notice of appeal remains September 5, 2023. So Ordered by Judge Samantha D. Elliott.(vln) (Entered: 09/01/2023)."
10. Hence, the district court ordered that the plaintiffs will have 30 days from date of district court's decision to file a notice of appeal.
11. On 9/5/23, the plaintiffs filed a motion to reconsider. The district court has not yet ruled on the motion to reconsider. It has been 8 days since the filing of the motion to reconsider.
12. However, in the abundance of caution, the plaintiff are filing this notice of appeal, in order to preserve plaintiffs' rights.
13. It is the plaintiffs' understanding that the filing of this notice of appeal immediately confers jurisdiction on the first circuit upon the filing of this notice of appeal, and so the first circuit now has jurisdiction.
14. The plaintiffs will seek clarification from the first circuit whether the first circuit would like to grant permission for the district court to rule on the motion to reconsider.
15. The plaintiffs ask that the district court take note of this notice of appeal, docket this notice of appeal, and transfer the case to the first circuit immediately.

Respectfully submitted,
s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
Email: liberty_6@msn.com

s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
Email: quickquantum@aol.com

Dated: 9-13-23

# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Natalie Anderson, et al

   v.

                            Case No. 22-cv-264-SE

Patrick Donovan, et al

ORDER OF DISMISSAL

In accordance with the provisions of Federal Rule of Civil Procedure 41(b), this case is dismissed with prejudice for plaintiffs' failure to comply with the court's orders and failure to prosecute.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: August 2, 2023

cc:   Natalie Anderson, pro se
       Andre C. Bisasor, pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 22-cv-264-SE

2. TITLE OF CASE: Anderson et al v. Donovan et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Samantha D. Elliott

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **August 2, 2023**

8. DATE OF NOTICE OF APPEAL: **September 13, 2023**

9. FEE PAID or IFP: YES [Paid]

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):  and DATES:     None

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES  - Motion to Reconsider Order Dismissing Case.

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Natalie Anderson, et al

   v.                                                       No. 22-cv-264-SE

Patrick Donovan, et al

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 12, 19-21

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

    If applicable, hearing and/or trial exhibits will be mailed to the First Circuit Clerk's Office. Certain bulky, weighty and/or physical exhibits will not be mailed absent specific request from the Circuit.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,

**FCP KGN'L0N[ PEJ , Clerk**

**By: /s/ VincentNegron, Deputy Clerk**

**Sep 14, 2023**