# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1765            **Short Title:** Anderson v. Donovan, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Craig S. Donais, Esq.</u> as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [✓] intervenor(s)

<u>/s/ Russell F. Hilliard</u>                     <u>09/22/2023</u>
Signature                                          Date

<u>Russell F. Hilliard</u>
Name

<u>Upton & Hatfield, LLP</u>                       <u>(603) 436-7046</u>
Firm Name (if applicable)                          Telephone Number

<u>159 Middle Street</u>                           <u>(603) 369-4645</u>
Address                                            Fax Number

<u>Portsmouth, NH 03801</u>                        <u>rhilliard@uptonhatfield.com</u>
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: <u>14103</u>

Has this case or any related case previously been on appeal?

[✓] No           [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).