UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. 23-1765

Natalie Anderson, et al.

v.

Patrick Donovan, et al.

**MOTION TO INTERVENE**

Craig S. Donais moves to intervene in the above matter on the following grounds:

1.      The named defendants in this action – Patrick Donovan, NH Supreme Court, NH Rules Advisory Committee, NH Professional Conduct Committee, and Lorrie Platt – were never served and did not appear.

2.      Craig S. Donais is the attorney referenced throughout the complaint, and whose file the plaintiffs seek, giving rise to this lawsuit.

3.      Craig S. Donais has an interest in the resolution of the claims and issues raised in this matter, and moved to intervene in the district court, on the same day this appeal was filed, in order to object to the pending motion to reconsider the dismissal. His motion in the district court is appended to this motion. *See* Exhibit 1.

4.  Donais has been permitted to intervene in two pending state court actions related to this same subject matter.  *Id.*

5.  Accordingly, the Court may properly permit Craig S. Donais to intervene here to oppose the relief sought by the appellants.

>Respectfully submitted,
>
>**Craig S. Donais**,
>
>By his Counsel,
>
>**UPTON & HATFIELD, LLP**

Date:  September 22, 2023     By:  /s/ Russell F. Hilliard
Russell F. Hilliard
1st Circuit Court of Appeals #14103
159 Middle Street
Portsmouth, NH  03801
(603) 436-7046
rhilliard@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded via U.S. mail to Natalie Anderson and Andre Bisasor, *pro se*, and to all counsel of record.

/s/ Russell F. Hilliard
Russell F. Hilliard