# United States Court of Appeals
## For the First Circuit

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

### ORDER OF COURT

Entered: October 4, 2023
Pursuant to 1st Cir. R. 27.0(d)

Plaintiffs-Appellants Natalie Anderson and Andre C. Bisasor filed a notice of appeal on September 13, 2023 from the order of dismissal entered on August 3, 2023 in Civil Action No. 1:22-cv-00264-SE (D.N.H.). Upon review of the record in this case, it appears that this appeal should be dismissed as untimely. See Fed. R. App. P. 4(a) (notice of appeal in civil case must be filed within thirty days of judgment or order appealed from).

Although the district court entered an order purporting to extend the time to file a motion for reconsideration, it does not appear that the district court had authority to do so. See Feinstein v. Moses, 951 F.2d 16, 19 (1st Cir. 1991) ("It is well-established that district courts lack power to enlarge the time for filing post-judgment motions for a new trial or motions to alter or amend the judgment (often referred to as motions for reconsideration)."). An untimely motion for reconsideration does not toll the time for filing a notice of appeal. See Feinstein, 951 F.2d at 18.

Accordingly, it is hereby ordered that appellants either move for voluntary dismissal under Fed. R. App. P. 42(b) or show cause, in writing, why this appeal should not be dismissed. The failure to take either action by **October 18, 2023** will lead to dismissal of the appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

By the Court:

Maria R. Hamilton, Clerk

cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella
Russell F. Hilliard