UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. 23-1765

Anderson, et al. v. Donovan, et al

**MOTION TO EXTEND DEADLINE TO FILE
RESPONSE TO SHOW CAUSE ORDER CONCERNING TIMELINESS OF APPEAL**

1. NOW COMES the Plaintiffs and respectfully requests this Court extend, by 21 days, the Court's Order of October 4, 2023 requiring a response to a show cause order concerning the timeliness of appeal to be filed in this Court by October 18, 2023.

2. As simple grounds therefor, the Plaintiffs state the following.

3. The plaintiffs have a family emergency that required travel (long distance to another distant state) on short notice concerning an elderly ailing parent. The plaintiffs are unable to attend to litigation matters during this time of travel and family emergency.

4. Given the above, the plaintiffs need additional time to carefully delineate several important reasons why this appeal should not be dismissed for untimeliness, including but not limited to the fact that:

   a) a timely motion to extend time to file a motion to reconsider the district court's 8/3/23 dismissal was (conservatively) filed on 8/17/23 within 14 days of the 8/3/23 dismissal and it was granted on 8/18/23 by the district court to be thereafter due on 9/5/23; See **Exhibit 1** for district court docket.

   b) a timely motion for extension of time to file a notice of appeal was filed in the district court pursuant to the applicable rule, on 9/1/23, and the district court granted on 9/1/23 that plaintiffs may file a notice of appeal after the 30 day deadline to file a notice of appeal, if plaintiffs filed a motion to reconsider by 9/5/23; See again **Exhibit 1** for district court docket.

   c) the plaintiffs actually did timely file a notice of appeal prior to the expiration of the new relevant deadline to file a notice of appeal that was granted by the district court (see again **Exhibit 1** for district court docket); and

   d) the district court ultimately denied the motion to reconsider as moot on 9/26/23, thus removing any question of timeliness of this appeal (i.e., since according to the applicable rule, the denial of the motion to reconsider operates to resolve the timing of the prior-filed notice of appeal and there is nothing further to be disposed of in the district court, meaning that the case is fully ripe for appeal). See **Exhibit 2** for the above district court order denying the motion to reconsider as moot, and see again **Exhibit 1** for the district court docket, updated with the last district court order entered on 9/26/23.

   e) NB: Therefore, the plaintiffs complied with and met all applicable deadlines and court orders of the district court, and followed all of the district court directions, and in so doing relied upon the district court's directions and orders, and thus the appeal is timely and should not be dismissed.

   f) Time and space is needed to further lay out these and other additional points and arguments to demonstrate why the appeal should not be dismissed as untimely.

5. Therefore, in light of the above, the plaintiffs request an extension of 21 days to do so.

6. It is in the interest of justice and equity that the extension be allowed.

7. This is a reasonable request under the circumstances.

8. In the alternative, if the court prefers, the plaintiffs would settle for any other extension of time if that better pleases the court. This is preferable rather than an outright denial of the motion.

9. WHEREFORE, Plaintiff respectfully request that this Court extend the deadline to file a response to the show cause order concerning timeliness of the appeal or any other relief the Court deems proper.

10. Please also grant a pro se liberal approach to this request.

Respectfully submitted,
<u>/s/ Andre Bisasor</u>
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

October 5, 2023

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to the parties that are required to be served in this case.

<u>/s/ Andre Bisasor</u>
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

2

# <u>Exhibit 1</u>

APPEAL,CLOSED,JLrecused

# U.S. District Court
## District of New Hampshire (Concord)
### CIVIL DOCKET FOR CASE #: 1:22-cv-00264-SE

| | |
|---|---|
| Anderson et al v. Donovan et al | Date Filed: 07/19/2022 |
| Assigned to: Judge Samantha D. Elliott | Date Terminated: 08/02/2023 |
| Case in other court: First Circuit Court of Appeals, 23-01765 | Jury Demand: Plaintiff |
| Cause: 28:1983 Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Natalie Anderson**                                    represented by    **Natalie Anderson**
679 Washington St, Ste # 8-206
Attleboro, MA 02703
617 710-7093
PRO SE

**Plaintiff**

**Andre C. Bisasor**                                    represented by    **Andre C. Bisasor**
679 Washington Street
Suite # 8-206
Attleboro, MA 02703
781 492-5675
Email: quickquantum@aol.com
PRO SE

V.

**Defendant**

**Patrick Donovan**

**Defendant**

**NH Supreme Court**

**Defendant**

**NH Rules Advisory Committee**

**Defendant**

**NH Professional Conduct Committee**

**Defendant**

**Lorrie Platt**

**Intervenor**

**Craig S Donais**                                    represented by    **Russell F. Hilliard**
Upton & Hatfield LLP
159 Middle St
Portsmouth, NH 03801
603 436-7046
Email: rhilliard@upton-hatfield.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2022 | 1 | COMPLAINT against Patrick Donovan, NH Professional Conduct Committee, NH Rules Advisory Committee, NH Supreme Court, Lorrie Platt with Jury Demand (Filing fee $ 402 receipt number 14649021492) filed by Natalie Anderson, Andre Bisasor.(mc) (Entered: 07/20/2022) |
| 07/19/2022 | | Case assigned to Judge Joseph N. Laplante. The case designation is: 1:22-cv-264-JL. Please show this number with |

| | | |
|---|---|---|
| | | the judge designation on all future pleadings. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | 2 | **ORDER OF RECUSAL. Judge Joseph N. Laplante recused. So Ordered by Judge Joseph N. Laplante.(jb)** (Entered: 07/20/2022) |
| 07/20/2022 | 3 | MOTION for Immediate Injunctive Relief and Preliminary Injunction, filed by Natalie Anderson, Andre Bisasor. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | 4 | SUPPLEMENT TO MOTION FOR INJUNCTIVE RELIEF/ TRO filed by Natalie Anderson, Andre Bisasor.(mc) (Entered: 07/20/2022) |
| 07/20/2022 | | Case reassigned to Judge Samantha D. Elliott. The new case designation is: 1:22-cv-264-SE. Please show this number with the correct judge designation on all further pleadings. (mc) (Entered: 07/20/2022) |
| 07/20/2022 | 5 | MOTION to Participate in Electronic Filing, filed by Natalie Anderson, Andre Bisasor.(vln) (Entered: 07/20/2022) |
| 07/21/2022 | 6 | **ORDER denying 3 Motion for Immediate Injunctive Relief to the extent it requests a temporary restraining order. The court will rule on the portion of the motion that requests a preliminary injunction after the defendants have had an opportunity to respond. So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 07/21/2022) |
| 07/27/2022 | | **ENDORSED ORDER denying 5 Motion for to Participate in Electronic Filing.** *Text of Order: Denied. The motion is signed by only plaintiff Bisasor, not plaintiff Anderson. Under Local Rule 83.6(b), a pro se party must represent himself or herself and "may not authorize another person who is not a member of the bar of this court to appear on his or her behalf. That includes a spouse or relative and any other party on the same side who is not represented by an attorney."* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 07/27/2022) |
| 11/10/2022 | | **ENDORSED ORDER :**<br><br>*Text of Order: On or before December 9, 2022, the plaintiffs shall show cause why the court should not conclude that they have abandoned their claims against the defendants. If they fail to file a status report, the court will dismiss their claims without prejudice for lack of prosecution pursuant to Rule 41(b).* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 11/14/2022) |
| 12/09/2022 | 7 | STATUS REPORT by Natalie Anderson, Andre Bisasor (vln) (Entered: 12/12/2022) |
| 12/09/2022 | 8 | MOTION to Participate in Electronic Filing filed by Natalie Anderson, Andre Bisasor.(vln) (Entered: 12/12/2022) |
| 12/12/2022 | | **ENDORSED ORDER granting 8 Motion for to Participate in Electronic Filing.** *Text of Order: Granted.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 12/12/2022) |
| 12/12/2022 | | **ENDORSED ORDER re 7 Status Report.** *Text of Order: As requested in the plaintiffs' filing, they may file an amended complaint on or before January 11, 2023.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 12/12/2022) |
| 01/09/2023 | 9 | MOTION to Extend Time filed by Natalie Anderson, Andre Bisasor.Follow up on Objection on 1/23/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (vln) (Entered: 01/10/2023) |
| 01/11/2023 | | **ENDORSED ORDER granting 9 Motion to Extend Time to Amend Complaint.** *Text of Order: : Granted. As requested the plaintiffs may file an amended complaint on or before April 1, 2023.* **So Ordered by Judge Samantha D. Elliott. (vln)** (Entered: 01/11/2023) |
| 03/31/2023 | 10 | Emergency MOTION to Extend Time to File Amended Complaint filed by Natalie Anderson.Follow up on Objection on 4/14/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 03/31/2023) |
| 04/03/2023 | | **ENDORSED ORDER granting 10 Emergency MOTION to Extend Time to File Amended Complaint filed.** *Text of Order: Granted. No further extensions should be expected.* **So Ordered by US Magistrate Judge Andrea K Johnstone. (vln)** (Entered: 04/03/2023) |
| 05/12/2023 | 11 | MOTION to Extend Time to File Amended Complaint filed by Natalie Anderson.Follow up on Objection on 5/26/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 05/12/2023) |
| 06/09/2023 | | **ENDORSED ORDER granting 11 Motion to Extend Time Amended Complaint.** *Text of Order: Based on the representations of the plaintiff that there shall be no further requests for an extension of time the motion is* |

| | | |
|---|---|---|
| | | *granted.* **So Ordered by Magistrate Judge Andrea K. Johnstone. (vln)** (Entered: 06/09/2023) |
| 08/02/2023 | 12 | **ORDER DISMISSING CASE** *(Case Closed).* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 08/03/2023) |
| 08/17/2023 | 13 | Emergency MOTION to Extend Time to September 5, 2023 *EXPEDITED/EMERGENCY MOTION FOR CLARIFICATION ON PROCEDURE FOR SEEKING VACATUR OR RECONSIDERATION OF DISMISSAL AND IN THE ALTERNATIVE MOTION FOR EXTENSION OF TIME TO FILE MOTION TO RECONSIDER DISMISSAL* filed by Natalie Anderson.Follow up on Objection on 8/31/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 08/17/2023) |
| 08/18/2023 | | **ENDORSED ORDER granting 13 Motion to Extend Time to September 5, 2023.** *Text of Order: Granted to the extent that the plaintiff seeks an extension of time to file a motion for reconsideration until September 5, 2023, and denied to the extent that she seeks legal advice from the court.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 08/18/2023) |
| 09/01/2023 | 14 | Emergency MOTION to Extend Time to 9/20/23 *EXPEDITED/EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL [IF NECESSARY]* filed by Natalie Anderson.Follow up on Objection on 9/15/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 09/01/2023) |
| 09/01/2023 | | **ENDORSED ORDER granting 14 Motion to Extend Time.** *Text of Order: Granted. If the plaintiff files a motion for reconsideration on or before September 5, 2023, any notice of appeal must be filed within 30 days after the court decides the motion for reconsideration. If the plaintiff does not file a motion for reconsideration on or before September 5, 2023, the deadline to file a notice of appeal remains September 5, 2023.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 09/01/2023) |
| 09/05/2023 | 15 | MOTION for Reconsideration *MOTION FOR RECONSIDERATION OF THE COURTS 8-3-23 DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE AND INCORPORATED MEMORANDUM WITH AFFIDAVIT* filed by Andre C. Bisasor.Follow up on Objection on 9/19/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Bisasor, Andre) (Entered: 09/05/2023) |
| 09/07/2023 | 16 | NOTICE of Notice of Errata *NOTICE OF ERRATA FOR MOTION FOR RECONSIDERATION OF THE COURTS 8-3-23 DISMISSAL WITH PREJUDICE FOR FAILURE TO PROSECUTE AND INCORPORATED MEMORANDUM WITH AFFIDAVIT* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 09/07/2023) |
| 09/13/2023 | 17 | NOTICE of Notice of Appeal of the District Court of New Hampshire Final Judgment *and Order of Dismissal on 8-3-23* by Andre C. Bisasor.(Bisasor, Andre) (Entered: 09/13/2023) |
| 09/13/2023 | | **NOTICE of ECF Filing Error re: 17 Notice (Other) filed by Andre C. Bisasor.** **Filer used wrong event.** **Filer shall refile using the** *Appeal Documents / Notice of Appeal* **event and enter in docket text:** *Replaces document no. 7.* **If the filing party has any questions concerning this notice, please contact the judge's case manager at 603-226-7733. Compliance Deadline set for 9/20/2023.** (vln) (Entered: 09/13/2023) |
| 09/13/2023 | 18 | MOTION to Intervene as Other filed by Craig S Donais. Attorney Russell F. Hilliard added to party Craig S Donais(pty:intv).Follow up on Objection on 9/27/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 - Objection to Motion for Reconsider Dismissal, # 2 Exhibit 2 - 1st Order on Mo to Intervene, # 3 Exhibit 3 - 2d Order on Mo to Intervene)(Hilliard, Russell) (Entered: 09/13/2023) |
| 09/13/2023 | 19 | NOTICE OF APPEAL as to 12 Order Dismissing Case by Natalie Anderson, Andre C. Bisasor. Filing fee $ 505, receipt number 940. File-stamped copy to be sent to parties/USCA by Clerks Office. **NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf**(vln) (Entered: 09/14/2023) |
| 09/14/2023 | 20 | Appeal Cover Sheet as to 19 Notice of Appeal, filed by Natalie Anderson, Andre C. Bisasor (vln) (Entered: 09/14/2023) |
| 09/14/2023 | 21 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 12, 19-21, re 19 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(vln) (Entered: 09/14/2023) |
| 09/15/2023 | | Appellate Case Number: First Circuit Court of Appeals 23-1765 re 19 Notice of Appeal, filed by Natalie Anderson, |

| | | |
|---|---|---|
| | | Andre C. Bisasor.(vln) (Entered: 09/15/2023) |
| 09/15/2023 | 22 | NOTICE OF IMPROPER/INVALID FILING OF MOTION BY PROPOSED INTERVENOR by Andre C. Bisasor(Bisasor, Andre) (Entered: 09/15/2023) |
| 09/26/2023 | | **ENDORSED ORDER denying as moot <u>15</u> Motion for Reconsideration ; denying as moot <u>18</u> Motion to Intervene.** *Text of Order: The court granted the plaintiffs' motion for an extension of time to file a motion for reconsideration of the court's order of dismissal, clarifying that a motion for reconsideration extended the deadline to appeal until 30 days after the court decided the motion for reconsideration. Nevertheless, before the court could rule on the motion for reconsideration, the plaintiffs filed a notice of appeal of the court's order of dismissal. In light of the plaintiffs' appeal, this case is stayed and all pending motions are denied as moot without prejudice to refiling after plaintiffs' appeal is resolved.* **So Ordered by Judge Samantha D. Elliott.(vln)** (Entered: 09/27/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/05/2023 14:45:48 | | | |
| **PACER Login:** | hermeneutics | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-00264-SE |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# Exhibit 2

Case: 23-1765     Document: 00118069101     Page: 9     Date Filed: 10/05/2023     Entry ID: 6596045

10/5/23, 2:42 PM                    AOL Mail - Activity in Case 1:22-cv-00264-SE Anderson et al v. Donovan et al Order on Motion for Reconsideration

# Activity in Case 1:22-cv-00264-SE Anderson et al v. Donovan et al Order on Motion for Reconsideration

From: ecf_bounce@nhd.uscourts.gov

To: nef@nhd.uscourts.gov

Date: Wednesday, September 27, 2023 at 11:32 AM EDT

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of New Hampshire**

## Notice of Electronic Filing

The following transaction was entered on 9/27/2023 at 11:30 AM EDT and filed on 9/26/2023

**Case Name:** Anderson et al v. Donovan et al
**Case Number:** 1:22-cv-00264-SE
**Filer:**
**WARNING: CASE CLOSED on 08/02/2023**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER denying as moot [15] Motion for Reconsideration ; denying as moot [18] Motion to Intervene.** *Text of Order: The court granted the plaintiffs' motion for an extension of time to file a motion for reconsideration of the court's order of dismissal, clarifying that a motion for reconsideration extended the deadline to appeal until 30 days after the court decided the motion for reconsideration. Nevertheless, before the court could rule on the motion for reconsideration, the plaintiffs filed a notice of appeal of the court's order of dismissal. In light of the plaintiffs' appeal, this case is stayed and all pending motions are denied as moot without prejudice to refiling after plaintiffs' appeal is resolved.* **So Ordered by Judge Samantha D. Elliott.(vln)**

**1:22-cv-00264-SE Notice has been electronically mailed to:**

Andre C. Bisasor     quickquantum@aol.com

Russell F. Hilliard     rhilliard@upton-hatfield.com, smallon@upton-hatfield.com

**1:22-cv-00264-SE Notice, to the extent appropriate, must be delivered conventionally to:**

Natalie Anderson
679 Washington St, Ste # 8-206
Attleboro, MA 02703