# United States Court of Appeals
## For the First Circuit

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: October 6, 2023
Pursuant to 1st Cir. R. 27.0(d)

   Upon consideration of motion, it is ordered that the time for Appellants Natalie Anderson and Andre C. Bisasor to file a response to the motion for leave to intervene be enlarged to and including **November 8, 2023**.


By the Court:

Maria R. Hamilton, Clerk


cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella
Russell F. Hilliard