UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. 23-1765

Anderson, et al. v. Donovan, et al

## [EXPEDITED] FURTHER MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO SHOW CAUSE ORDER CONCERNING TIMELINESS OF APPEAL

1. NOW COMES the Plaintiffs and respectfully requests this Court extend, by an additional 10 days, the Court's Order of October 4, 2023 requiring a response to a show cause order concerning the timeliness of appeal, and which currently is due to be filed in this Court by November 8, 2023.
2. As grounds therefor, the Plaintiffs state the following.
3. As mentioned before, the plaintiffs have had a family emergency that required travel (long distance to another distant state) on short notice concerning an elderly ailing parent. The plaintiffs have been unable to attend to litigation matters during this time of travel and family emergency. NB: The above long distance travel occurred by motor vehicle.
4. Due to the nature of the above circumstances, and due to unexpected car trouble experienced while returning home, the plaintiffs were delayed in returning home and just returned home from travel.
5. As a result, the plaintiffs need additional time to prepare and file the necessary response to a show cause order.
6. This is a reasonable request under the circumstances.
7. WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline by an additional 10 days until November 18, 2023, to file a response to the show cause order concerning timeliness of the appeal or any other relief the Court deems proper. Please also grant a pro se liberal approach to this request. Please issue an order as soon as possible so I can know if the motion is granted in advance of the expiration of the deadline.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

November 7, 2023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the parties that are required to be served in this case.

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com
