UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
NO. 23-1765
Anderson, et al. v. Donovan, et al

# [EXPEDITED] FURTHER MOTION TO EXTEND DEADLINE TO FILE OBJECTION TO PROPOSED INTERVENOR'S MOTION TO INTERVENE.

1. NOW COMES the Plaintiffs and respectfully requests this Court extend, by an additional 10 days, the time to object to the proposed intervenor's motion to intervene.
2. As grounds therefor, the Plaintiffs state the following.
3. As mentioned before, the plaintiffs have had a family emergency that required travel (long distance to another distant state) on short notice concerning an elderly ailing parent. The plaintiffs have been unable to attend to litigation matters during this time of travel and family emergency. NB: The above long distance travel occurred by motor vehicle.
4. Due to the nature of the above circumstances, and due to unexpected car trouble experienced while returning home, the plaintiffs were delayed in returning home and just returned home from travel.
5. As a result, the plaintiffs need additional time to prepare and file the necessary objection to the motion to intervene.
6. This is a reasonable request under the circumstances.
7. WHEREFORE, Plaintiffs respectfully request that this Court extend the deadline by an additional 10 days until November 18, 2023, to file an objection to the proposed motion to intervene or any other relief the Court deems proper. Please also grant a pro se liberal approach to this request. Please issue an order as soon as possible so I can know if the motion is granted in advance of the expiration of the deadline.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206,
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

November 7, 2023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the parties that are required to be served in this case.

/s/ Andre Bisasor
Andre Bisasor