# United States Court of Appeals
## For the First Circuit

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: November 9, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Andre C. Bisasor to file a response to the court's October 4, 2023 order to show cause be enlarged to and including **November 20, 2023**. It is further ordered that the deadline for appellant Natalie Anderson is also extended to and including **November 20, 2023**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Maria R. Hamilton, Clerk

cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella
Russell F. Hilliard