# United States Court of Appeals
### For the First Circuit

---

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE;
NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: November 27, 2023
Pursuant to 1st Cir. R. 27.0(d)


Upon consideration of motion, it is ordered that the time for Appellant Andre C. Bisasor to file a response to be enlarged to and including **December 4, 2023**. No further extension of this deadline should be expected.


By the Court:

Maria R. Hamilton, Clerk


cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella
Russell F. Hilliard