UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. 23-1765

Natalie Anderson, et al.

v.

Patrick Donovan, et al.

### NOTICE OF INTENT TO REPLY

Craig S. Donais hereby gives notice of his intent to reply to the appellants' objection to his motion to intervene, pursuant to FRAP 27(a)(4).

Respectfully submitted,

**Craig S. Donais**,

By his Counsel,

**UPTON & HATFIELD, LLP**

Date: December 5, 2023    By: /s/ Russell F. Hilliard
Russell F. Hilliard
1st Circuit Court of Appeals #14103
159 Middle Street
Portsmouth, NH  03801
(603) 436-7046
rhilliard@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded via the Court's e-filing system to Natalie Anderson and Andre Bisasor, *pro se*, and to all counsel of record.

/s/ Russell F. Hilliard
Russell F. Hilliard