UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

NO. 23-1765

Natalie Anderson, et al.

v.

Patrick Donovan, et al.

### NOTICE OF INTENT TO REPLY

Craig S. Donais hereby gives notice of his intent to reply to the appellants' response to show cause order concerning the timeliness of appeal, pursuant to FRAP 27(a)(4).

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Craig S. Donais**, |
|  | By his Counsel, |
|  | **UPTON & HATFIELD, LLP** |
| Date: December 5, 2023 | By: /s/ Russell F. Hilliard |
|  | Russell F. Hilliard |
|  | 1st Circuit Court of Appeals #14103 |
|  | 159 Middle Street |
|  | Portsmouth, NH  03801 |
|  | (603) 436-7046 |
|  | rhilliard@uptonhatfield.com |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was this day forwarded via the Court's e-filing system to Natalie Anderson and Andre Bisasor, *pro se*, and to all counsel of record.

      /s/ Russell F. Hilliard
      Russell F. Hilliard