# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## NO. 23-1765

Natalie Anderson, et al.

v.

Patrick Donovan, et al.

## REPLY TO APPELLANTS' RESPONSE TO SHOW CAUSE ORDER CONCERNING TIMELINESS OF APPEAL

Craig S. Donais, proposed intervenor in the above matter, replies to the appellants' response to show cause order concerning timeliness of appeal, as follows:

1. The appellants' response to this Court's show cause order fails to address and rebut the fundamental issue: this appeal was filed more than forty (40) days after the district court's dismissal order, and is thus untimely.

2. As noted in *Feinstein v. Moses,* 951 F.2d 16, 18, 19 (1991), as cited in the show cause order, an extension of time to file a "motion for reconsideration" does not alter this basic principle.

3. Accordingly, the appeal is properly dismissed as untimely.

Respectfully submitted,

**Craig S. Donais**,

By his Counsel,

**UPTON & HATFIELD, LLP**

Date: December 7, 2023      By: /s/ Russell F. Hilliard
Russell F. Hilliard
1st Circuit Court of Appeals #14103
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded via U.S. mail to Natalie Anderson and Andre Bisasor, *pro se*, and to all counsel of record.

/s/ Russell F. Hilliard
Russell F. Hilliard