UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
NO. 23-1765
Anderson, et al. v. Donovan, et al

## NOTICE OF OPPOSITION TO PROPOSED INTERVENOR'S NOTICE OF INTENT TO REPLY TO PLAINTIFFS' RESPONSE TO THE COURT'S SHOW CAUSE ORDER

1. The plaintiffs hereby submit this notice of opposition to the proposed intervenor's notice of intent to reply to plaintiffs' response to the court's show cause order. Grounds are as follows.

### I.  PROPOSED INTERVENOR HAS NO RIGHT TO REPLY TO SHOW CAUSE ORDER

2. The court should strike the proposed intervenor's notice of intent to reply to plaintiffs' response to the court's show cause order.

3. The proposed intervenor has no standing to reply to the court's show cause order or a response thereo that was directed to the plaintiffs.

4. The proposed intervenor is not a party to this case. There is no need for the proposed intervenor to reply to a response to a show cause order. This is between the court and the plaintiffs. The proposed intervenor has thus no standing to reply to a show cause order. It was not directed to him.

5. Moreover, the proposed intervenor will unfairly introduce new arguments at the appeal stage and force the plaintiffs to address new arguments.  The plaintiffs should only be required to address the grounds for dismissal provided by the district court, not any new points to be raised in the appeals court for the first time. This will unduly prejudice the plaintiffs and is manifestly unfair.

6. The proposed intervenor should be barred from filing a reply to the show cause order.

7. The proposed intervenor is trying to do an end-run around the rules and orderly and fair administration of this case.

8. This is an abuse of the system by the proposed intervenor and damage will be done. The court should protect pro parties from abuse by vexatious intervenors. The proposed intervenor is pushing the limits of the court.

9. The proposed intervenor is trying to take over this appeal without permission from this court. He is trying to engage in proxy litigation without prior permission of this court. He is trying to also stand in the place of defendants. The defendants need to stand for themselves.

### II. CONCLUSION

10. The plaintiffs intend to file for sanctions and discipline should the proposed intervenor proceed with this contumacious conduct and file a reply to the show cause order. See court rules that states: "(c) Discipline. A court of appeals may discipline an attorney who practices before it for conduct unbecoming a member of the bar or for failure to comply with any court rule."

11. The plaintiffs also intend to file a motion to strike as necessary should the proposed intervenor proceed with this illicit filing.

12. For the reasons outlined above, the Court should ignore any reply to the response to the show cause order.

Respectfully submitted,

/s/ Andre Bisasor

Andre Bisasor

679 Washington Street, Suite # 8-206,

Attleboro, MA 02703

T: 781-492-5675

Email: quickquantum@aol.com

/s/ Natalie Anderson

Natalie Anderson

679 Washington Street, Suite # 8-206,

Attleboro, MA 02703

T: 617-710-7093

Email: liberty_6@msn.com

December 7, 2023

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to the parties that are required to be served in this case.

/s/ Andre Bisasor

Andre Bisasor
