UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
NO. 23-1765
Anderson, et al. v. Donovan, et al

## PLAINTIFFS' RESPONSE TO PROPOSED INTERVENOR'S REPLY TO PLAINTIFFS' RESPONSE TO THE COURT'S SHOW CAUSE ORDER

1. The plaintiffs hereby submit this response to the reply of the proposed intervenor to plaintiffs' response to the court's show cause order.

2. First, the proposed intervenor has filed a reply to the plaintiffs' response to the show cause order, without permission to do so from this court, having not been allowed to intervene (as yet) and having no standing to respond to a show cause order not directed to the proposed intervenor.

3. This exemplifies the contumacious conduct that will burden the plaintiffs with having to deal with multiplied excessive litigation from the proposed intervenor, in this court, over a simple dismissal matter in the district court, wherein the proposed intervenor waited too late to seek intervention and was denied intervention in the district court.

4. Furthermore, in that reply to the show cause order, the proposed intervenor also attempts to mislead this court by mischaracterizing the plaintiffs' response stating that plaintiffs failed to address or rebut the timeliness issue regarding the appeal being filed "*more than forty (40) days after the district court's dismissal order*," when in fact plaintiffs did address this issue by stating that plaintiffs relied on the timeline provided for reconsideration and assurances of timeliness of appeal by the district court, and by also mischaracterizing the cited case (Feinstein v. Moses, 951 F.2d 16, 18, 19 (1991)) where in fact that case supports the plaintiffs' position for timeliness in that it meets "the unique circumstances exception" cited in that case ("*The Supreme Court has recognized that an appellate court may relax the application of the aforementioned rules where an appellant has filed a belated motion for reconsideration and relied on the district court's statement that the motion was timely in forgoing the timeous filing of a notice of appeal. See Thompson v. INS, 375 U.S. 384, 386-87, 84 S.Ct. 397, 398-99, 11 L.Ed.2d 404 (1963)*), because in fact the plaintiffs relied on assurances of a judicial officer in the district court who told the plaintiffs the following:

> "*09/01/2023 ENDORSED ORDER granting 14 Motion to Extend Time. Text of Order: Granted. If the plaintiff files a motion for reconsideration on or before September 5, 2023,* **any notice of appeal must be filed within 30 days after the court decides the motion for reconsideration.** *If the plaintiff does not file a motion for reconsideration on or before*

*September 5, 2023, the deadline to file a notice of appeal remains September 5, 2023. So Ordered by Judge Samantha D. Elliott.(vln) (Entered: 09/01/2023)*".

6. The plaintiffs also referenced or addressed this issue in its response to the show cause order on page 4 and 5, by stating:

    "*A timely motion for extension of time to file a notice of appeal was filed in the district court pursuant to the applicable rule, on 9/1/23, and the district court granted on 9/1/23 that plaintiffs may file a notice of appeal after the 30 day deadline to file a notice of appeal, if plaintiffs filed a motion to reconsider by 9/5/23.* **The plaintiffs actually did timely file a notice of appeal prior to the expiration of the new relevant deadline to file a notice of appeal that was granted by the district court.... *Therefore,* the plaintiffs complied with and met all applicable deadlines and court orders of the district court, and followed all of the district court directions, and in so doing relied upon the district court's directions and orders**, *and thus the appeal is timely and should not be dismissed.*"

7. Therefore, the proposed intervenor has tried to mislead this court and has made material misrepresentations to the court.

8. WHEREFORE, the Plaintiffs respectfully request that this Court grant this response to the show cause order concerning timeliness of the appeal and allow this appeal to go forward, or any other relief the Court deems proper. Please also grant a pro se liberal approach to this request.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206,
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206,
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

December 14, 2023

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served to any party that is required to be served in this case.

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com
