UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

NO. 23-1765

Anderson, et al. v. Donovan, et. al.

**MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING OR RECONSIDERATION**

1. Appellant Natalie Anderson ("Appellant"), respectfully moves this Court for a 90-day extension of time to file a petition for rehearing or reconsideration of this Court's 9-23-24 judgment affirming the district court's ruling. In support of this motion, Appellant states as follows:

2. On 9-23-24, this Court issued a judgment affirming the district court's ruling in this case.

3. Under Federal Rule of Appellate Procedure 40(a)(1), it is the appellant's understanding that the deadline to file a petition for rehearing is 14 days after entry of judgment. This deadline will therefore fall on 10-7-24.

4. Appellant seeks a 90-day extension, until 1-6-25, to file any petition for rehearing or reconsideration.

5. This extension is necessary because:

    a. Appellant requires additional time to thoroughly review the Court's opinion and research potential grounds for rehearing. The issues that would need to be addressed are potentially complex, especially for a pro se party, and warrant careful consideration for any rehearing petition. An extension is needed to permit Appellant to file a petition for rehearing that fully and adequately addresses the critical/important issues for rehearing, to present the best advocacy to this Court, and to otherwise adequately prepare such a petition.

    b. Appellant requires additional time to seek legal advice and/or try to obtain legal representation. Legal counsel is needed to assist with fully assessing the legal issues with a view to preparing and filing a petition for rehearing. Because appellant is currently acting pro se, she may not be able to present these issues and arguments in as legally skilled manner as a trained lawyer could, especially as it pertains to the requirements for the first circuit.

    c. The requested extension is warranted to permit appellant, an African-American with limited resources, to obtain counsel, and to permit such counsel to familiarize themselves with the history of this litigation and the legal issues to be addressed, and also to allow counsel an opportunity to present proper arguments for this Court's consideration. Conversely, should the appellant ultimately be unable to secure legal representation, the appellant would require additional time to become more acquainted with this Honorable Court's Rules, and expectations, as well as its jurisprudence, and to prepare a petition for rehearing/reconsideration towards this Court's just, accurate and fair adjudication, given that appellant has not previously appeared before this Honorable Court.

    d. Appellant also has conflicting deadlines in other matters that prevent completion of a rehearing petition by the current deadline of 10-7-24.

e. NB: The length of the requested extension also takes into account the upcoming holidays, including periods surrounding Thanksgiving and Christmas/New Year period.
6. This motion is made in good faith and not for purposes of delay.
7. WHEREFORE, Appellant respectfully requests that this Court grant a 90-day extension of time, until 1-6-25, to file any petition for rehearing or reconsideration. Appellant humbly requests that the Court act upon this motion, in advance of the current deadline.

Respectfully submitted,
/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206,
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

October 3, 2024

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served to any party that is required to be served in this case.

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206,
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com