# United States Court of Appeals
## For the First Circuit

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: October 9, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, the deadline for Appellant Andre C. Bisasor to file a petition for rehearing and/or rehearing en banc is extended to and including **January 7, 2025**. We are disinclined to grant a further extension of this deadline.

    It is further ordered that the deadline for Appellant Natalie Anderson to file a petition for rehearing and/or rehearing en banc is also extended to and including **January 7, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella
Russell F. Hilliard