# United States Court of Appeals
## For the First Circuit

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE;
NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

Before

Barron, Chief Judge,
Gelpí and Rikelman, Circuit Judges.

**ORDER OF COURT**

Entered: November 19, 2024

Before the court is an opposed "renewed motion to intervene" filed by Craig S. Donais. The motion is denied. See Fed. R. Civ. P. 24(a); T-Mobile Ne. LLC v. Town of Barnstable, 969 F.3d 33, 39-42 (1st Cir. 2020) (general principles re intervention as of right and permissive intervention).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella
Russell F. Hilliard