# COVER LETTER | NOTICE

To: The Federal Court of Appeals
One Courthouse Way, Boston MA 02210
Case Name: Anderson et. al v Donovan et. al | Case No: 23-1765
Case Manager: Ashley



## NOTICE REGARDING MAILED CONFIDENTIAL ADA ACCOMMODATION REQUEST

1. I Appellant Andre Bisasor, pro se, hereby submit this notice to inform the Court of the status of the mailed confidential ADA accommodation request, as follows:
2. On January 3, 2025, just after the New Year holidays, I contacted the Clerk's office seeking guidance on filing a confidential ADA accommodation request containing sensitive medical information and expressing the need to file an ADA request relating to certain ADA issues that have impeded my ability to meet a court deadline (on Tuesday 1-7-25). I was told by the case manager (Ashley) that typically such confidential requests would have to be submitted conventionally to the court. I also asked if there was an ADA clerk or coordinator and I was given contact information for an ADA coordinator (Dan) by the case manager. On the same day, I contacted the ADA clerk (Dan) by email expressing the need to file an ADA request relating to an accommodation of an extension of time to file the document, citing that because the ADA information contains private sensitive medical information, I did not want this to be public. See **Exhibit 1**. However, I also expressed that this was the first time I was making such a request to this court and that I did not know or understand how to go about doing this and that I needed guidance on how to do this. I also inquired as to whether there was a form that I should be using or whether I could email the ADA request as part of the ADA request. [NB: I also mentioned that I was unable to physically come to the courthouse due to further ADA issues so I also needed an accommodation regarding the filing of sealed papers with the court i.e., to be allowed to submit it by email, for example, as an accommodation.]
3. On the same day of January 3, 2025, I was, later that day, contacted by phone by a court operations supervisor (Dennis) who indicated that they had received the email I sent to the ADA clerk (Dan). I was directed to submit the confidential ADA request via mail, rather than by e-filing, due to its sealed and confidential nature. I expressed concern about the timing in the mail and that given that the deadline was the following week Tuesday on 1-7-25, I did not want to risk it getting there late beyond the deadline where I could be prejudiced, and so that is why I was requesting if I could be accommodated/be allowed to submit the document by email so as to get it in instantaneously while avoiding publicly filing the document. But I was instructed not to do so by email. However, Dennis told me that I should not worry as he would put a note (internally) on the case that the court should await the confidential ADA request mailing and that no-one should act on the case until the mailing was received by the court even or especially if the deadline had passed. He reassured me that I would not be prejudiced. He told me to also contact the clerk's office once I placed the documents in the mail to let the court know, so that the case could be further notated (internally). He also stated that he would inform the case manager and others about this himself directly.
4. At or around the end of the day, I again spoke to the case manager later before the close of business and she confirmed the above information as relayed to me by supervisor Dennis. I was also told that there is no special form to use but that I should include a motion to seal as well, which would be sealed as well. I was also assured that my confidential filing would not be made public (i.e. even if the motion to seal is denied, the entire confidential filings would be sent back to me and not publicly filed).
5. On Monday, January 6, 2025, I placed the confidential ADA request in the mail (along with a motion to seal, and then I notified the ADA clerk via email that the confidential ADA accommodation request had been placed in the mail as I was instructed. See also **Exhibit 1**. Also, on Wednesday, January 8, 2025, I also placed a phone call to the clerk's office and further informed the case manager verbally that I had placed the document in the mail and that I had also emailed the ADA clerk previously to let him know as well. The case manager indicated that she would notate the case accordingly and await the mailing as discussed.
6. On January 15, 2025, about a week later, I received a call from the case manager wherein a voicemail was left indicating that the mailing hadn't been received as yet and that I may need to re-send the documents as it may be lost in the mail.
7. On Thursday, January 16, 2025, I returned the call to the clerk's office and spoke to the case manager who confirmed that I should re-send the mail because the mailed confidential ADA request had not reached the Court and may have been lost in transit. I indicated that I'd do so as soon as possible but with some sort of tracking this time. I also mentioned that I may utilize priority mailing so that it'd likely arrive by Tuesday, January 21, 2025, once the court reopens after the MLK holiday. The case manager agreed with this course of action[1] and stated that she would await

---
[1] We also briefly discussed whether I should file some kind of notice or letter to the court via e-filing, in order to put something on the record in the meantime, but the case manager ultimately advised that I should hold off on doing so but would let me know if I need to do so.

the re-sent mailing or otherwise continue to look out for the prior mailing (though at this point it was assumed that it was likely lost in transit).
8. However, after conferring with the post office about guarantees regarding timing of the priority mailing (or the lack thereof), I decided that, in order to ensure timely delivery and avoid/prevent further delays, I would arrange for hand delivery via courier service of the sealed ADA request to the Court on Tuesday, January 21, 2025 (which is about 2 business days after I was informed, on Thursday January 16, 2025, that the court hadn't received the original mailing).
9. I spoke briefly with the case manager this morning (January 21, 2025) to inform her that I decided that I would opt to go with hand-delivery courier service instead of priority mailing. I also inquired if the previous mailing had arrived and she indicated it hadn't been received but she'd look out for the courier delivery today.
10. Consequently, the accompanying re-sent documents are now being submitted by courier hand-delivery.
11. This notice is submitted to explain the delay in the receipt of the confidential ADA accommodation request, and clarify the reason for using postal mail as the initial method of submission, and now by hand-delivery/courier service for the re-sent documents.
12. I respectfully request the Court's consideration of these circumstances when reviewing the accompanying re-sent confidential ADA accommodation request, and to ensure that I am not prejudiced by the aforementioned delays due to the potential vagaries of mailing.

Respectfully submitted,<br>
/s/ Andre Bisasor<br>
Andre Bisasor, Pro Se<br>
679 Washington Street, Suite #8-206<br>
Attleboro, MA 02703<br>
Tel: 781-492-5675<br>
Email: quickquantum@aol.com

January 21, 2025

**EXHIBIT 1**

# Re: ADA Filing Question| ADA Assistance Requested | Anderson et. al v. Donovan et. al. | Case #: 23-1765

From: Andre Bisasor (quickquantum@aol.com)

To: ca01ml_access_coordinator@ca1.uscourts.gov

Date: Monday, January 6, 2025 at 08:06 PM EST

Dear Clerk,

Pursuant to the conversation by phone on Friday 1-3-25, this is notify the clerk's office that the ADA request (i.e., sealed/confidential) has been placed in the mail. I will also call the office in the morning.

Sincerely,
Andre Bisasor

On Friday, January 3, 2025 at 01:28:43 PM EST, Andre Bisasor <quickquantum@aol.com> wrote:

> Dear ADA coordinator (Daniel):
>
> I received your contact information from the case manager of this case (Ashley) after my recently inquiring about filing an ADA accommodation request, earlier this past week.
>
> I need to file an ADA request relating to certain disabilities that have impeded my ability to meet a court deadline (of next week Tuesday 1-7-25). I thus need an accommodation of an extension of time to file this document. However, the ADA information that is part of my ADA request contains private sensitive medical information and thus I do not want this to be public as this will subject me to stigma and other harm if made public.
>
> This is the first time I am making such a request to this court. I need guidance on how to do this. Is there a form that I should be using? Could I email to you the ADA request? NB: I am unable to physically come to the courthouse due to further ADA issues so I also need an accommodation regarding the filing of sealed papers with the court i.e., to be allowed to submit it by email tpo you, for example, as an accommodation.
>
> Can you assist me with this?
>
> I look forward to your urgent reply.
>
> Sincerely,
> Andre Bisasor