# United States Court of Appeals
## For the First Circuit

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

**ORDER OF COURT**

Entered: February 25, 2025

Plaintiffs-appellants have tendered a "confidential/sealed ADA request-motion for accommodation under the Americans with Disabilities Act" in which they seek a "final" extension of time in which to file a petition for rehearing. They also have filed a motion requesting sealing of the filing just described. The motions are resolved as follows.

Any rehearing petition shall be filed <u>within thirty days of entry of this order</u>. No further extension of this deadline should be expected.

The request for sealing is <u>granted</u>, and the filing, which was placed provisionally under seal upon receipt, will remain under seal.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella