# United States Court of Appeals
## For the First Circuit

_____

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.
_____

**ORDER OF COURT**

Entered: March 24, 2025

This matter is before the court on plaintiffs-appellants' "emergency motion for clarification" related to this court's September 23, 2024, judgment of affirmance. With that judgment, this court summarily affirmed "the district court's dismissal of the underlying action, substantially for the reasons set forth by the district court in relevant rulings"; the court cited this court's Local Rule 27.0(c) (court may dispose of appeal at any time if "no substantial question" is presented) and relevant precedent, including Tower Ventures, Inc. v. City of Westfield, 296 F.3d 43, 47 (1st Cir. 2002) ("When a litigant seeks an extension of time and proposes a compliance date, the court is entitled to expect that the litigant will meet its self-imposed deadline.").

Plaintiffs-appellants' motion for clarification is denied. No clarification is necessary. The court summarily affirmed the ruling of the district court based on the conclusion that that ruling comports with relevant decisions of the court.

The court will grant a final extension of time for plaintiffs-appellants to file any petition for panel rehearing and en banc determination. See Fed. R. App. P. 40; 1st Cir. R. 40.0. Any such filing should be made within 14 days of entry of this order. Barring a showing of extraordinary circumstances, plaintiffs-appellants should not expect a further extension of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Natalie Anderson, Andre C. Bisasor, John M. Formella