# United States Court of Appeals
## For the First Circuit

---

No. 23-1765

NATALIE ANDERSON; ANDRE C. BISASOR,

Plaintiffs - Appellants,

v.

PATRICK DONOVAN; NH SUPREME COURT; NH RULES ADVISORY COMMITTEE; NH PROFESSIONAL CONDUCT COMMITTEE; LORRIE PLATT,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: April 4, 2025

This matter is before the court on plaintiffs-appellants' "emergency motion to allow ...." The motion is <u>denied</u>.

The court will grant a final extension of time for plaintiffs-appellants to file any petition for panel rehearing and en banc determination. <u>See</u> Fed. R. App. P. 40; 1st Cir. R. 40.0. Any such filing should be made within 7 days of entry of this order. No further extension of the rehearing deadline should be sought or expected absent extraordinary circumstances. In the event the court does not receive a petition for rehearing within seven days, mandate shall enter forthwith. <u>See generally</u> Fed. R. App. P. 41(b) (court may shorten or extend mandate deadline).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Natalie Anderson
Andre C. Bisasor
John M. Formella